1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  ALPHA AND OMEGA SEMICONDUCTOR LTD., et al.,   Case No. 4:22-cv-05448-HSG
5  Plaintiff(s),
6  v.   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
7  FORCE MOS TECHNOLOGY CO., LTD.,   (CIVIL LOCAL RULE 11-3)
8  Defendant(s).
9
10  I, Christopher E. Hanba, an active member in good standing of the bar of
11  Texas, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Force MOS Technology Co., Ltd. in the
13  above-entitled action. My local co-counsel in this case is Mark H. Rogge, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 298381.

16  607 W. 3rd Street Ste 2500 Austin TX 78701        615 National Ave. #220, Mountain View, CA 94043
    MY ADDRESS OF RECORD                              CO-COUNSEL'S ADDRESS OF RECORD
17
18  (512) 582-6889                                    (408) 701-6146
    MY TELEPHONE # OF RECORD                          LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20  chanba@dickinson-wright.com                       MRogge@dickinson-wright.com
    MY EMAIL ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21

22  I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is:
24  24121391.
25  A true and correct copy of a certificate of good standing or equivalent official document
26  from said bar is attached to this application.
27  I have been granted pro hac vice admission by the Court 1 times in the 12 months
28  preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2022

Christopher E. Hanba
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher E. Hanba is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/22/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Christopher Hanba**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 20th day of November, 2020.

I further certify that the records of this office show that, as of this date

**Christopher Hanba**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 5th day of December, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9588C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 05, 2022

Re: Christopher Hanba, State Bar Number 24121391

To Whom It May Concern:

This is to certify that Christopher Hanba was licensed to practice law in Texas on November 20, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167