MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV (CA Bar: #202137)
Jason E. Gettleman (CA Bar: #269733)
Qian Liang (CA Bar: #336778)
andrew.gray@morganlewis.com
jason.gettleman@morganlewis.com
qian.liang@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Plaintiffs Alpha and Omega
Semiconductor Limited and Alpha and
Omega Semiconductor Incorporated

DICKINSON WRIGHT PLLC
Christopher E. Hanba (*pro hac vice*)
Ariana D. Pellegrino (*pro hac vice*)
Michael D. Saunders (CA Bar: #259692)
Joshua G. Jones (*pro hac vice*)
chanba@dickinson-wright.com
apellegrino@dickinson-wright.com
msaunders@dickinson-wright.com
jjones@dickinson-wright.com
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

Attorneys for Defendant Force MOS
Technology Co., Ltd.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ALPHA AND OMEGA SEMICONDUCTOR LIMITED, a Bermuda exempt limited liability company; and ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED, a California corporation<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>FORCE MOS TECHNOLOGY CO., LTD., a Taiwan corporation<br><br>Defendant and Counterclaimant. | Case No.: 4:22-cv-05448-HSG<br><br>**JOINT STIPULATION AND ORDER FOR PLAINTIFFS TO FILE THEIR SECOND AMENDED COMPLAINT AND EXTENSION OF CASE SCHEDULE (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs and Counterdefendants Alpha and Omega Semiconductor Limited and Alpha and Omega Semiconductor Incorporated

(collectively, "AOS") and Defendant and Counterclaimant Force MOS Technology Co., LTD. ("Force MOS") respectfully stipulate, with the Court's permission, that AOS's Second Amended Complaint, attached hereto as Exhibit A, should be permitted to be filed without leave of court through law and motion and shall be deemed filed upon entry of the Court's order granting this Stipulation.

In light of AOS's Second Amended Complaint, the parties agree there is good cause for setting additional deadlines for the parties, pursuant to Patent Local Rules 3-1, 3-2, 3-3, and 3-4, to provide disclosures of infringement contentions with accompanying document production and disclosures of invalidity contentions with accompanying document production with respect to U.S. Patent No. 8,928,079. The parties also agree there is good cause for extending all subsequent deadlines.

Accordingly, the parties hereby STIPULATE and AGREE, subject to Court approval, that the forthcoming deadlines in this Court's Order dated January 24, 2023, shall be modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Infringement Contentions and Defendant's Document Production (PLR 3-1, 3-2) (as to U.S. Patent No. 8,928,079) | | April 14, 2023 |
| Disclosure of Invalidity Contentions and Plaintiff's Document Production (PLR 3-3, 3-4) (as to U.S. Patent No. 8,928,079) | | May 19, 2023 |
| Exchange of Proposed Terms for Construction (PLR 4-1) | March 24, 2023 | June 2, 2023 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (PLR 4-2) | April 14, 2023 | June 23, 2023 |
| Amendment of Pleadings and Last Day to Add Parties | May 1, 2023 | July 10, 2023 |

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Damage Contentions (PLR 3-8) | May 1, 2023 | July 10, 2023 |
| Joint Claim Construction Statement (PLR 4-3) | May 9, 2023 | August 4, 2023 |
| Responsive Damages Contentions (PLR 3-9) | May 31, 2023 | August 18, 2023 |
| Completion of Claim Construction Discovery (PLR 4-4) | June 8, 2023 | September 1, 2023 |
| Opening CC Brief (PLR 4-5) | June 23, 2023 | September 15, 2023 |
| Responsive CC Brief (PLR 4-5) | July 7, 2023 | September 29, 2023 |
| Reply CC Brief (PLR 4-5) | July 14, 2023 | October 6, 2023 |
| Claim Construction Tutorial | July 21, 2023 11:00 AM | October 13, 2023 11:00 AM |
| Claim Construction Hearing (PLR 4-6) | July 28, 2023 02:00 PM | October 20, 2023 02:00 PM |

Dated: March 22, 2023

Respectfully submitted,

*/s/ Andrew J. Gray IV*

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV (CA Bar: #202137)
Jason E. Gettleman (CA Bar: #269733)
Qian Liang (CA Bar: #336778)
andrew.gray@morganlewis.com
jason.gettleman@morganlewis.com
qian.liang@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

Counsel for Plaintiffs and Counterdefendants Alpha and Omega Semiconductor Limited and Alpha and Omega Semiconductor Incorporated


*/s/ Christopher E. Hanba*

DICKINSON WRIGHT PLLC
Christopher E. Hanba (*pro hac vice*)
Ariana D. Pellegrino (*pro hac vice*)
Michael D. Saunders (CA Bar: #259692)
Joshua G. Jones (*pro hac vice*)
chanba@dickinson-wright.com
apellegrino@dickinson-wright.com
msaunders@dickinson-wright.com
jjones@dickinson-wright.com
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

Mark Howard Rogge (CA Bar: #298381)
DICKINSON WRIGHT PLLC
615 National Avenue, Suite 220
Mountain View, California 94043
Telephone: 408-701-6146
Email: mrogge@dickinson-wright.com

Counsel for Defendant and Counterclaimant Force MOS Technology Co., Ltd.

ATTESTATION

Counsel for Plaintiffs and Counterdefendants Alpha and Omega Semiconductor Limited and Alpha and Omega Semiconductor Incorporated hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendant and Counterclaimant Force MOS Technology Co., Ltd.

Dated: March 22, 2023

    Respectfully submitted,

    /s/ Andrew J. Gray IV

    MORGAN, LEWIS & BOCKIUS LLP
    Andrew J. Gray IV (CA Bar: #202137)
    Jason E. Gettleman (CA Bar: #269733)
    Qian Liang (CA Bar: #336778)
    andrew.gray@morganlewis.com
    jason.gettleman@morganlewis.com
    qian.liang@morganlewis.com
    1400 Page Mill Road
    Palo Alto, CA 94304-1124
    Tel:    +1.650.843.4000
    Fax:    +1.650.843.4001

    Counsel for Plaintiffs and Counterdefendants Alpha and Omega Semiconductor Limited and Alpha and Omega Semiconductor Incorporated

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED except counsel for plaintiff is directed to e-file the amended complaint on the docket forthwith.

Dated: 3/23/2023

_____
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE