Christopher E. Hanba (*pro hac vice*)
Email: chanba@dickinson-wright.com
Michael D. Saunders (CA Bar: #259692)
Email: msaunders@dickinson-wright.com
Joshua G. Jones (*pro hac vice*)
Email: jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Attorneys for Defendant
Force MOS Technology Co., Ltd.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ALPHA AND OMEGA SEMICONDUCTOR LIMITED, a Bermuda exempt limited liability company; and<br>ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>FORCE MOS TECHNOLOGY CO., LTD., a Taiwan corporation<br><br>Defendant. | Case No. 4:22-cv-05448-HSG<br><br>**ORDER** |

Now comes before the Court Force MOS's Unopposed Motion for Extension of Time to Answer AOS's Second Amended Complaint and for good cause shown it is hereby ORDERED that the Motion is granted and Force MOS shall have until April 13, 2023 to answer, plead, or otherwise respond to AOS's Second Amended Complaint.

**SO ORDERED**

Dated:  4/7/2023

*Haywood S. Gilliam Jr.*
U.S. District Judge Haywood S. Gilliam Jr.