1  DAN JOHNSON LAW GROUP, LLP          DICKINSON WRIGHT PLLC
   Daniel Johnson, Jr. (CA Bar # 57409)    Christopher E. Hanba (*pro hac vice*)
2  Mario Moore (CA Bar # 231644)       Ariana D. Pellegrino (*pro hac vice*)
   dan@danjohnsonlawgroup.com          Michael D. Saunders (CA Bar: #259692)
3  mario@danjohnsonlawgroup.com        Joshua G. Jones (*pro hac vice*)
   1350 Old Bayshore Highway, Ste. 520    chanba@dickinson-wright.com
4  Burlingame, CA 94010                apellegrino@dickinson-wright.com
5  Telephone: (415) 604-4500           msaunders@dickinson-wright.com
                                       jjones@dickinson-wright.com
6  *Attorneys for Plaintiffs*          607 W. 3rd Street, Suite 2500
7  *Alpha and Omega Semiconductor Ltd. and*   Austin, Texas 78701
   *Alpha and Omega Semiconductor Inc.*    Telephone: (512) 582-6889
8                                      Facsimile: (844) 670-6009

9                                      *Attorneys for Defendant*
                                       *Force MOS Technology Co., Ltd.*
10

11              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
12                 OAKLAND DIVISION

13
   ALPHA AND OMEGA SEMICONDUCTOR          Case No. 4:22-cv-05448-HSG
14 LIMITED, a Bermuda exempt limited liability
   company; and                          **STIPULATED REQUEST AND**
15 ALPHA AND OMEGA SEMICONDUCTOR          **ORDER FOR ORDER ENLARGING**
   INCORPORATED, a California corporation    **TIME TO EXCHANGE**
16                                        **AFFIRMATIVE AND RESPONSIVE**
              Plaintiffs,                 **DAMAGES CONTENTIONS**
17
18       v.

19 FORCE MOS TECHNOLOGY CO., LTD.,
   a Taiwan corporation
20
              Defendant.
21

22       Pursuant to Civil L.R. 6-1(b) and 7-12, Plaintiffs Alpha and Omega Semiconductor Ltd.

23 and Alpha and Omega Semiconductor Inc. (collectively, "Plaintiffs") and Defendant Force MOS

24 Technology Co., Ltd. ("Defendant," and, with Plaintiffs, the "Parties") hereby jointly request that

25 the July 10, 2023 deadline for exchanging their Disclosure of Damages Contentions (PLR 3-8) and

26 August 18, 2023 deadline for exchanging their Responsive Damages Contentions (PLR 4-3) be

27 extended by 14 days, until July 24, 2023 and September 1, 2023, respectively.

28       The Parties seek this extension in order to permit the further exchange of documents that

1  will assist in the disclosure of the Parties' damages contentions. (Decl. of A. Pellegrino, ¶¶ 3-4).

2       On January 23, 2023, the Parties filed a Joint Stipulation to Extend the Deadline Regarding

3  Submission of Infringement Contentions (Doc. No. 36); the Court issued a Scheduling Order on

4  January 24, 2023 (Doc. No. 37), which terminated the request. (*See id.*; Pellegrino Decl., ¶ 5).  The

5  Parties previously filed a Joint Stipulation and [Proposed] Order for Plaintiffs to File Their Second

6  Amended Complaint and Extension of Case Schedule (Doc. No. 45), which the Court granted

7  (Doc. No. 46). (Pellegrino Decl., ¶ 6). Defendant previously filed an Unopposed Motion for

8  Extension of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint

9  (Doc. No. 49), which the Court granted (Doc. No. 50). (Pellegrino Decl., ¶ 7). The Parties have

10  not sought any other time modifications in this case. (Pellegrino Decl., ¶ 8).

11       The requested extension would not affect the schedule for this action. (*Id.* at ¶ 9; *see also*

12  Doc. No. 46).

13       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

14  Dated: June 29, 2023

15  By: */s/ Daniel Johnson*                              By: */s/ Ariana D. Pellegrino*

16  DAN JOHNSON LAW GROUP, LLP                   DICKINSON WRIGHT PLLC
17  Daniel Johnson, Jr. (CA Bar # 57409)            Christopher E. Hanba (*pro hac vice*)
    Mario Moore (CA Bar # 231644)                   Ariana D. Pellegrino (*pro hac vice*)
18  dan@danjohnsonlawgroup.com                      Michael D. Saunders (CA Bar: #259692)
    mario@danjohnsonlawgroup.com                    Joshua G. Jones (*pro hac vice*)
19  1350 Old Bayshore Highway, Ste. 520             chanba@dickinson-wright.com
    Burlingame, California 94010                    apellegrino@dickinson-wright.com
20  Telephone: (415) 604-4500                       msaunders@dickinson-wright.com
                                                    jjones@dickinson-wright.com
21                                                  607 W. 3rd Street, Suite 2500
    *Attorneys for Plaintiffs*                      Austin, Texas 78701
22  *Alpha and Omega Semiconductor Ltd. and*        Telephone: (512) 582-6889
    *Alpha and Omega Semiconductor Inc.*            Facsimile: (844) 670-6009
23
24                                                  *Attorneys for Defendant*
                                                    *Force MOS Technology Co., Ltd.*
25

26

27

28

2

**ATTESTATION**

Counsel for Defendant and Counter-Plaintiff Force MOS Technology Co., Ltd. hereby attests by her signature below that concurrence in the filing of this document was obtained from counsel for Plaintiffs.

Dated: June 29, 2023

By: */s/ Ariana D. Pellegrino*

DICKINSON WRIGHT PLLC
Christopher E. Hanba (*pro hac vice*)
Ariana D. Pellegrino (*pro hac vice*)
Michael D. Saunders (CA Bar: #259692)
Joshua G. Jones (*pro hac vice*)
chanba@dickinson-wright.com
apellegrino@dickinson-wright.com
msaunders@dickinson-wright.com
jjones@dickinson-wright.com
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

*Attorneys for Defendant Force MOS*
*Technology Co., Ltd.*

STIPULATED REQUEST TO ENLARGE TIME                    CASE NO. 4:22-CV-05448-HSG

1   **PURSUANT TO THE STIPULATION,
    IT IS SO ORDERED.**

2

3

4   Dated:   6/30/2023

5   *Haywood S. Gilham Jr.*
    U.S. District Judge Haywood S. Gilham Jr.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4