| | |
|---|---|
| Daniel Johnson Jr. (Bar No. 57409) <br> Mario Moore (Bar No. 231644) <br> DAN JOHNSON LAW GROUP, LLP <br> 1350 Old Bayshore Highway, Suite 520 <br> Burlingame, CA 94010 <br> Telephone: (415) 604-4500 <br> dan@danjohnsonlawgroup.com <br> mario@danjohnsonlawgroup.com <br><br> Attorneys for Plaintiffs <br> ALPHA AND OMEGA SEMICONDUCTOR LIMITED, and <br> ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED | DICKINSON WRIGHT PLLC <br> Christopher E. Hanba (*pro hac vice*) <br> Ariana D. Pellegrino (*pro hac vice*) <br> Michael D. Saunders (CA Bar: #259692) <br> Joshua G. Jones (*pro hac vice*) <br> chanba@dickinson-wright.com <br> apellegrino@dickinson-wright.com <br> msaunders@dickinson-wright.com <br> jjones@dickinson-wright.com <br> 607 W. 3rd Street, Suite 2500 <br> Austin, Texas 78701 <br> Telephone: (512) 582-6889 <br> Facsimile: (844) 670-6009 <br><br> Attorneys for Defendant Force MOS Technology Co., Ltd. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALPHA AND OMEGA SEMICONDUCTOR LIMITED, a Bermuda exempt limited liability company; and ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FORCE MOS TECHNOLOGY CO., LTD., a Taiwan corporation, <br><br> Defendant. | Case No. 4:22-cv-05448-HSG <br><br> **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** <br><br> Tutorial: October 13, 2023, 11:00 a.m. – 1:00 p.m. <br><br> Hearing: October 20, 2023 2:00 p.m. – 4:00 p.m. |

I.  **INTRODUCTION**

Pursuant to Pat. L.R. 4-3, Plaintiffs Alpha and Omega Semiconductor Limited and Alpha and Omega Semiconductor Incorporated ("Plaintiffs"), Defendant Force MOS Technology Co., Ltd., ("Defendant") submit this Joint Claim Construction and Prehearing Statement in the above-captioned action with respect to United States Patent Nos. 7,629,634 ("the '634 Patent"), 7,847,346 ("the '346 Patent") and 7,646,058 (collectively "Force MOS Patents"), as well as U.S. Pat. Nos. 8,067,304 ("the '304 Patent), 7,511,361 ("the '361 Patent"), 7,781,265 ("the '265 Patent"), 8,928,079 ("the '079 Patent") (collectively "AOS Patents").

    A.  **Agreed Claim Constructions (Pat. L.R. 4-3(a))**

There are no agreed constructions.

    B.  **Proposed Constructions of Disputed Terms (Pat. L.R. 4-3(b))**

The parties' proposed constructions of disputed terms and intrinsic and extrinsic evidence supporting those constructions are set forth in Exhibit A, attached hereto.

    C.  **Terms Most Significant to Resolution of the Case (Pat. L.R. 4-3(c))**

The following lists of terms—five terms identified by Plaintiffs and five terms identified by Defendant—constitute the parties' identification of the ten terms whose construction the parties believe will be most significant to the resolution of the case pursuant to Pat L.R. 4-3(c). Together, these are the ten terms whose constructions will be addressed in the parties' claim construction briefing and at the Court's Markman hearing. The parties reserve all rights to seek constructions of other terms at a later stage of the case as necessary and appropriate.

    1.  **Plaintiffs' Position:**

Plaintiffs believe that the following terms are significant to this case, and that the following claims are potentially case dispositive:

    1.  "sidewalls of said trenches in said base layer are covered by the lateral contact layer" ('634 Patent, claim 1)

    2.  "a plurality of trenched gates covered by said interlayer oxide film are formed on top of said source layer extending downwardly through said base layer to a portion of said epitaxial layer" ('634 Patent, claim 1)

  3. "a plurality of source contact trenches penetrating through said second insulating layer and said source regions with vertical sidewalls substantially perpendicular to a top epitaxial surface within said source regions, and further extending into said body regions with tapered sidewalls with respect to said top surface of said epitaxial layer" ('346 Patent, claim 1)

  4. "metallic contact plugs and said front metal are composed of a metallic material having a thermal conductivity higher than a thermal conductivity of aluminum and/or aluminum alloys" ('058 Patent, claim 1)

  5. "metallic contact plugs and said front metal comprises a continuous uninterrupted electrical and thermal conductivity conducting path from said semiconductor power device to said front metal" ('058 Patent, claim 1)

**2. Defendant's Position:**

Defendant believes that the following terms are significant to this case, and that the following claims are dispositive of the asserted claims in which they appear (and dependent claims) and are potentially case dispositive.

  1. "the source lead bonding area and the gate lead bonding area being of increased area" ('361 Patent, claim 1) / "the gate lead bonding area and the source lead bonding area being of increased area" ('265 Patent, claim 1)

  2. "contact zones " ('304 Patent, claim 1)

  3. "a first metal layer . . . overlaying the dielectric layer contacting a plurality of source and body regions underlying the dielectric layer through the plurality of contact openings" ('304 Patent, claim 1)

  4. "said first metal layer has a combined thickness of 4-5 micron for Cu wire bonding" ('304 Patent, claims 6, 12)

  5. "the thickness of the layer of body region is substantially less than the depth of the active region contact trench" ('079 Patent, claims 1, 13)

**D. Anticipated Length of Claim Construction Hearing (Pat. L.R. 4-3(d))**

The parties anticipate that two hours will be required for the claim construction hearing.

E.  **Anticipated Witness Testimony (Pat. L.R. 4-3(e))**

The parties do not intend to call live witnesses at the claim construction hearing. The parties may, however, rely upon declarations from expert witnesses, which were exchanged between the parties on August 4, 2023. The parties may provide a live presentation from expert witnesses at the tutorial on October 13, 2023, but the parties will further confer about logistics for the tutorial and Markman hearing in advance.

The Parties' expert(s) may testify, by declaration, to provide background regarding the technology at issue in and the state of the art relating to the asserted patent, to address the proper construction of various claim terms in light of the intrinsic and extrinsic evidence, and to otherwise assist the Court in construing the asserted patent. The Parties' expert(s) may further provide testimony to demonstrate that the respective Parties' proposed constructions of the proposed claim terms and phrases are consistent with the understanding of individuals of ordinary skill in the art at the relevant time period for the asserted patent. Such "ordinary skill in the art" testimony will address both the general understanding of the relevant terms and phrases in the field of the art, as well as the understanding of such terms and phrases in the context of the specification and claims of the asserted patent. Additional information concerning the Parties' expert(s)' anticipated testimony is provided in Exhibit A.

F.  **Factual Findings (Pat. L.R. 4-3(f))**

The parties do not request any factual findings related to claim construction at this time, but reserve the right to make such requests during the claim construction proceedings.

DATED: August 4, 2023

DAN JOHNSON LAW GROUP, LLP

| | |
|---|---|
| By: */s/ Daniel Johnson Jr.*<br>  Daniel Johnson Jr.<br><br>Daniel Johnson Jr. (Bar No. 57409)<br>Mario Moore (Bar No. 231644)<br>DAN JOHNSON LAW GROUP, LLP<br>1350 Old Bayshore Highway, Suite 520<br>Burlingame, CA 94010<br>Telephone: (415) 604-4500<br>dan@danjohnsonlawgroup.com<br>mario@danjohnsonlawgroup.com<br><br>*Attorneys for Plaintiffs*<br>ALPHA AND OMEGA SEMICONDUCTOR LIMITED, and ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED | By: */s/ Christopher E. Hanba*<br><br>DICKINSON WRIGHT PLLC<br>Christopher E. Hanba (*pro hac vice*)<br>Ariana D. Pellegrino (*pro hac vice*)<br>Michael D. Saunders (CA Bar: #259692)<br>Joshua G. Jones (*pro hac vice*)<br>chanba@dickinson-wright.com<br>apellegrino@dickinson-wright.com<br>msaunders@dickinson-wright.com<br>jjones@dickinson-wright.com<br>607 W. 3rd Street, Suite 2500<br>Austin, Texas 78701<br>Telephone: (512) 582-6889<br>Facsimile: (844) 670-6009<br><br>Attorneys for Defendant Force MOS Technology Co., Ltd. |

## **DECLARATION OF CONSENT TO FILING**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that the concurrence in the filing of the document has been obtained from Christopher E. Hanba, counsel for Defendant Force MOS Technology Co., Ltd.

| | |
|---|---|
| Dated: August 4, 2023 | DAN JOHNSON LAW GROUP, LLP<br><br>By: */s/ Daniel Johnson Jr.*<br>        Daniel Johnson Jr. |