**Exhibit A: Parties' Combined Proposed Claim Constructions**

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| 1 | "sidewalls of said trenches in said base layer are covered by the lateral contact layer"<br><br>(U.S. Patent No. 7,629,634, Claim 1) | *entire sidewalls of source contract trenches are covered by the lateral contact layer* | **Intrinsic Evidence:**<br><br>**'634 Patent**: 1:66-67, 2:1-11, 2:23-26, Figs. 2E-2G, 3A, 3B, 3:50-4:6, 5:9-16<br><br>**File History**: 7/28/09 Notice of Allowability (Reasons for Allowance); 7/28/09 Examiner-Initiated Interview Summary; U.S. Patent No. 6,888,196. | *Plain and ordinary meaning / no express construction required* | **Intrinsic Evidence:**[1]<br><br>634 Patent, Abstract.<br>'634 Patent, Figs. 1, 2E-2G, 3A, 3B<br>'634 Patent at 1:33-67;<br>'634 Patent at 2:1-11;<br>'634 Patent at 2:51-63;<br>'634 Patent at 3:46-4:13;<br>'634 Patent at 5:9-16;<br>'634 Patent at 5:30-35<br><br>'634 Patent File History: Examiner's Amendment of July 28, 2009; Original Claims of February 23, 2008<br><br>**Extrinsic Evidence:**<br><br>Claim Construction Declaration of Dean Neikirk, Ph.D. |
| 2 | "a plurality of trenched gates covered by said interlayer oxide film are formed on top of | *a plurality of trenched gates are covered by an interlayer* | **Intrinsic Evidence:** | *Plain and ordinary meaning / no* | **Intrinsic Evidence:**<br><br>'634 Patent, Abstract<br>'634 Patent, Figs. 1, 2A-2D, 2G |

---

[1] Force MOS's citations herein to the figures of a patent should be understood as citing to the corresponding portion of the written description, and vice-versa.

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
|  | said source layer extending downwardly through said base layer to a portion of said epitaxial layer" <br><br>(U.S. Patent No. 7,629,634, Claim 1) | *oxide film and extend from above the source layer downward through the base layer into the epitaxial layer* | **'634 Patent**: Fig. 2B, 3:16-25, Fig. 2C, 3:26-31, 3:33-40, Fig. 2D, 3:41-49, Figs. 2E-2G, 4:53-5:2 | *express construction required* | '634 Patent at 1:11-41;<br>'634 Patent at 1:48-67;<br>'634 Patent at 2:26-33;<br>'634 Patent at 3:1-3:49<br>'634 Patent at 4:53-5:16<br><br>**Extrinsic Evidence:** |
| 3 | "a plurality of source contact trenches penetrating through said second insulating layer and said source regions with vertical sidewalls substantially perpendicular to a top epitaxial surface within said source regions, and further extending into said body regions with tapered sidewalls with respect to said top surface of said epitaxial layer"<br><br>(U.S. Patent No. 7,847,346, Claim 1) | *the source contact trenches have sidewalls that are vertical and substantially perpendicular to the top surface of the epitaxial layer in the source regions of the plurality of power cells, and sidewalls that are tapered with respect to the top surface of the epitaxial layer in the body regions of* | **Intrinsic Evidence:**<br><br>**'346 Patent**: 2:10-21, Fig. 2, 2:51-58, 3:38-42, Fig. 3C, 4:15-21, Figs. 3D, 3E, 3F, 4:34-36<br><br>**File History**: Remarks (7/6/2010); U.S Patent No. 5,629,543; 9/1/2010 Notice of Allowability (Reasons for Allowance). | *Plain and ordinary meaning / no express construction required* | **Intrinsic Evidence:**<br><br>'346 Patent, Abstract<br>'346 Patent, Figs. 2, 3C-3F<br>'346 Patent at 1:59-2:28<br>'346 Patent at 2:37-61<br>'346 Patent at 3:36-53<br>'346 Patent at 4:12-37<br><br>'346 Patent File History: July 6, 2010 Response to Office Action; April 6, 2010 Office Action<br><br>**Extrinsic Evidence:**<br><br>Collins Online Dictionary definition of "tapered," *available at* https://www.collinsdictionary.com/us/dictionary/english/tapered |

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | *the plurality of power cells* | | | |
| 4 | "metallic contact plugs and said front metal are composed of a metallic material having a thermal conductivity higher than a thermal conductivity of aluminum and/or aluminum alloys" (U.S. Patent No. 7,646,058, Claim 1) | *Invalid as Indefinite under 35 U.S.C. § 112, ¶ 2 for two reasons:* (1) *"and/or" in this context is indefinite, ambiguous and undecipherable.* (2) *there is no guidance in the specification as to what alloys are included within the claim. If the claim element includes all alloys of aluminum (any metal mixed with aluminum), the element is meaningless and limitless –* | **Intrinsic Evidence:** File History: Remarks (7/6/2010); U.S Patent No. 5,629,543; 9/1/2010 Notice of Allowability (Reasons for Allowance). '058 Patent: 1:14-20, Figs. 1A, 1B, 1:21-45, 1:56-2:9, 2:32-55, 2:62-3:1, 3:7-14, Figs. 2A, 2B, 4:5-32, Fig. 3, 4:47-65, 4:66-5:24, Fig. 4D, 5:57-59, Fig. 4F, 5:65-67, Fig. 4G, 5:67-6:28, 6:29-39, 6:58-64, 7:10-24 **File History**: 11/16/2009 Notice of Allowability (Reasons for Allowance). **Extrinsic Evidence:** Expert Declaration of John Berg Regarding Claim Construction *Thermal Conductivity of Aluminum Alloys –A Review*, Zhang and Li, Materials, April 8, 2023: Page 1 (thermal conductivity of aluminum | *Plain and ordinary meaning / no express construction required* | **Intrinsic Evidence:** '058 Patent, Abstract '058 Patent, Figs. 2A, 2B, 3, 4D-4H '058 Patent at 1:14-52; '058 Patent at 1:56-2:9; '058 Patent at 2:61-3:21, '058 Patent at 4:9-23 '058 Patent at 4:51-5:24 '058 Patent at 5:57-6:39 **Extrinsic Evidence:** Collins Online Dictionary definition of "and/or," *available at* https://www.collinsdictionary.com/us/dictionary/english/and-or Merchant, Paul P. "Electromigration - An Overview." Hewlett-Packard Journal 33.8 (1982): 28-31. d'Heurle, F. M., and A. Gangulee. "Effects of complex alloy additions on electromigration in |

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | *if it means something more constrained than that, there is no guidance in the specification as to its scope.*<br><br>*Claim 1 should be held indefinite rather than being construed.*<br><br>*If construed, "both the metallic contact plugs and the front metal are made of a metallic material that has a higher thermal conductivity than aluminum." AOS contends that this* | is 237 W/mK), Page 2, Table 1 (thermal conductivity of various aluminum alloys).<br><br>Wikipedia: An aluminium alloy . . . is an alloy in which aluminium (Al) is the predominant metal. https://en.wikipedia.org/wiki/Aluminium_alloy<br><br>https://www.engineeringtoolbox.com/thermal-conductivity-metalsd_858.html (thermal conductivity of various metals and alloys) | | aluminum thin films." 10th Reliability Physics Symposium. IEEE (1972)<br><br>Berthoud, L. A. "Aluminum alloying in silicon integrated circuits." Thin Solid Films 43.3 (1977): 319-329.<br><br>Armstrong, N. P., et al. "Electromigration resistant alternatives to aluminum-copper." 1988. Proceedings., Fifth International IEEE VLSI Multilevel Interconnection Conference. IEEE (1988)<br><br>Shwartz, Geraldine Cogin. Handbook of semiconductor interconnection technology. CRC Press (2006)<br><br>Llavona, M. A., et al. "Methods for measuring thermal conductivity." Rev. Minas 6 (1991): 89-98<br><br>Avallone, Eugene A. Standard handbook for mechanical engineers (10th Ed. 1996) |

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | *construction would still be legal error as it amounts to an impermissible redrafting of the claim to avoid indefiniteness.* | | | Jewett, Serway. Physics for scientists and engineers (6th Ed. 2004) <br><br> Hua, Y. N., et al. "The Si precipitation problem in aluminium alloy (Al-Si-Cu) metallization." ICSE'98. 1998 IEEE International Conference on Semiconductor Electronics. Proceedings (Cat. No. 98EX187). IEEE (1998) <br><br> Tzeng, JJ-W., Tom W. Weber, and Dan W. Krassowski. "Technical review on thermal conductivity measurement techniques for thin thermal interfaces." Sixteenth Annual IEEE Semiconductor Thermal Measurement and Management Symposium (Cat. No. 00CH37068). IEEE (2000) <br><br> Touloukian, Yeram Sarkis, et al. Thermal Conductivity: Metallic Elements and Alloy. IFI, 1970. |

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Pramanik, D. "VLSI Metallization Using Aluminum And Its Alloys" (1983). <br><br> U.S. Patent Nos. 6,143,672, 6,373,100, 6,462,376, 6,888,196, 7,923,833 |
| 5 | "metallic contact plugs and said front metal comprises a continuous uninterrupted electrical and thermal conductivity conducting path from said semiconductor power device to said front metal" <br><br> (U.S. Patent No. 7,646,058, Claim 1) | *Invalid as Indefinite under 35 U.S.C. § 112, ¶ 2: the plugs and front metal are part of the semiconductor power device, and therefore, cannot provide a path from the semiconductor power device to the front metal, which (using the plain meaning of the English) requires that the front metal be separate from the semiconductor* | **Intrinsic Evidence:** <br><br> **'058 Patent**: 1:14-20, Figs. 1A, 1B, 1:21-45, 1:56-2:9, 2:32-55, 2:62-3:1, 3:7-14, Figs. 2A, 2B, 4:5-32, Fig. 3, 4:47-65, 4:66-5:24, Fig. 4D, 5:57-59, Fig. 4F, 5:65-67, Fig. 4G, 5:67-6:28, 6:29-39, 6:58-64, 7:10-24 <br><br> **File History**: 11/16/2009 Notice of Allowability (Reasons for Allowance). <br><br> **Extrinsic Evidence:** <br><br> Expert Declaration of John Berg Regarding Claim Construction | *Plain and ordinary meaning / no express construction required* | **Intrinsic Evidence:** <br><br> '058 Patent, Abstract <br> '058 Patent, Figs. 2A, 2B, 3, 4D-4H <br><br> '058 Patent at 1:14-52; <br> '058 Patent at 1:56-2:9; <br> '058 Patent at 2:61-3:21, <br> '058 Patent at 4:9-23 <br> '058 Patent at 4:51-5:24; <br> '058 Patent at 5:57-6:39 <br><br> **Extrinsic Evidence:** <br><br> Merchant, Paul P. "Electromigration - An Overview." Hewlett-Packard Journal 33.8 (1982): 28-31. <br><br> d'Heurle, F. M., and A. Gangulee. "Effects of complex alloy additions on electromigration in |

**Exhibit A: Parties' Combined Proposed Claim Constructions**

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | *power device. Moreover, the claim requires that the front metal forms part of conductivity path to the front metal, which makes no sense ("from [front] metal comprises a . . . path from the semiconductor device to said front metal."). Term is ambiguous and undecipherable.*<br><br>*Claim 1 should be held indefinite rather than being construed.*<br><br>*If construed, "the metallic plugs form an* | | | aluminum thin films." 10th Reliability Physics Symposium. IEEE (1972)<br><br>Berthoud, L. A. "Aluminum alloying in silicon integrated circuits." Thin Solid Films 43.3 (1977): 319-329.<br><br>Armstrong, N. P., et al. "Electromigration resistant alternatives to aluminum-copper." 1988. Proceedings., Fifth International IEEE VLSI Multilevel Interconnection Conference. IEEE (1988)<br><br>Shwartz, Geraldine Cogin. Handbook of semiconductor interconnection technology. CRC Press (2006)<br><br>Llavona, M. A., et al. "Methods for measuring thermal conductivity." Rev. Minas 6 (1991): 89-98<br><br>Avallone, Eugene A. Standard handbook for mechanical engineers (10th Ed. 1996) |

**Exhibit A: Parties' Combined Proposed Claim Constructions**

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | *electrical and thermal conducting path from the power cells to the front metal." AOS contends that this construction would still be legal error as it amounts to an impermissible redrafting of the claim to avoid indefiniteness.* | | | Jewett, Serway. Physics for scientists and engineers (6th Ed. 2004) <br><br> Hua, Y. N., et al. "The Si precipitation problem in aluminium alloy (Al-Si-Cu) metallization." ICSE'98. 1998 IEEE International Conference on Semiconductor Electronics. Proceedings (Cat. No. 98EX187). IEEE (1998) <br><br> Tzeng, JJ-W., Tom W. Weber, and Dan W. Krassowski. "Technical review on thermal conductivity measurement techniques for thin thermal interfaces." Sixteenth Annual IEEE Semiconductor Thermal Measurement and Management Symposium (Cat. No. 00CH37068). IEEE (2000) <br><br> Touloukian, Yeram Sarkis, et al. Thermal Conductivity: Metallic Elements and Alloy. IFI, 1970. |

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
|   |   |   |   |   | Pramanik, D. "VLSI Metallization Using Aluminum And Its Alloys" (1983). U.S. Patent Nos. 6,143,672, 6,373,100, 6,462,376, 6,888,196, 7,923,833 |
| 6 | "the source lead bonding area and the gate lead bonding area being of increased area" (U.S. Patent No. 7,511,361, claim 1) / "the gate lead bonding area and the source lead bonding area being of increased area" (U.S. Patent No. 7,781,265 Claim 1) | *Plain Meaning: the source lead bonding area and the gate lead bonding area are larger than in conventional semiconductor packages to allow an increased number of bonding wires to be bonded thereto* | **Intrinsic Evidence:** '361 Patent: Fig. 7, 1:46-57, 1:65-2:4, 2:10-15, 2:20-26, 2:36-43, 3:59-62, Fig. 2A, 4:21-27, 4:62-5:2, Fig. 8, 5:5-12, 5:13-21, 26-31, 5:32-40, 44-50, 5:51-59, 5:65-6:4, 6:3-11, 13-18, 22-27, 6:28-36  **Extrinsic Evidence:** Expert Declaration of John Berg Regarding Claim Construction | *Indefinite* | **Intrinsic Evidence:** '361 Patent, Abstract[2] '265 Patent, Abstract '265 Patent, claim 2 '361 Patent, Figs. 2A, 2B, 3A, 3B, 4, 5A, 7-12 '361 Patent at 1:43-57 '361 Patent at 1:66-2:26 '361 Patent at 2:36-43 '361 Patent at 3:28-55 '361 Patent at 3:61-65 '361 Patent at 4:21-30 '361 Patent at 5:5-37 '361 Patent at 5:51-56 '361 Patent at 6:5-11  '265 Patent, Abstract '265 Patent, Figs. 2A, 2B, 3A, 3B, 4, 5A, 7-12 '265 Patent at 1:66-2:33 '265 Patent at 2:43-50 |

---

[2] Force MOS's citations to the '361 Patent should be understood as citing to the corresponding portions of the '265 Patent, and vice-versa.

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | '265 Patent at 3:35-4:5<br>'265 Patent at 4:21-32<br>'265 Patent at 5:5-42<br>'265 Patent at 5:51-56<br>'265 Patent at 6:5-11<br><br>'361 Patent File History: Nov. 17, 2008 Notice of Allowance; Jul. 28, 2008 Office Action; Jun. 2, 2008 Response to Office Action; Feb. 25, 2008 Office Action; Sep. 20, 2007 Response to Office Action. May 16, 2007 Office Action Response<br><br>U.S. Pub. No. 2004/0004272<br><br>**Extrinsic Evidence:**<br>Claim Construction Declaration of Dean Neikirk, Ph.D<br><br>Fairchild Semiconductor Power MOSFET Selection Guide (September 2001)<br><br>R. Gulino, AN1703 Application Note Guidelines For Using ST's MOSFET SMD Packages (June 2003) |

**Exhibit A: Parties' Combined Proposed Claim Constructions**

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | U.S. Pub. No. 2004/0041242<br><br>U.S. Pub. No. 2004/0004272 |
| 7 | "contact zones[3]"<br><br>(U.S. Patent No. 8,067,304, claim 1) | *Plain Meaning – connection areas* | **Intrinsic Evidence:**<br><br>**'304 Patent:** 1:55-56, Fig. 1B, 3:46-50<br><br>**Extrinsic Evidence:**<br>Expert Declaration of John Berg Regarding Claim Construction | *Indefinite* | **Intrinsic Evidence:**<br><br>'304 Patent, Abstract<br>'304 Patent at Figs. 1B-1D, 2A; 3A<br>'304 Patent at 1:30-56,<br>'304 Patent at 3:45-64;<br>'304 Patent at 5:1-4<br>'304 Patent at 5:19-22<br>'304 Patent at 5:33-36<br><br>**Extrinsic Evidence:**<br><br>Shwartz, Geraldine Cogin. Handbook of semiconductor interconnection technology. CRC Press (2006) |
| 8 | "a first metal layer . . . overlaying the dielectric layer contacting a plurality of source and body regions underlying the dielectric layer through | *Plain Meaning - the first metal layer overlays the dielectric layer, and by virtue of a plurality of* | **Intrinsic Evidence:**<br><br>**'304 Patent:** Fig. 1B, 3:46-50, Fig. 2A, Fig. 2B, 3:65-66, 4:3-6, 4:35-39, Fig. 3A, Fig. 3B, 4:57-5:1 | *A metal layer spreads over and covers the dielectric layer, and portions of that metal layer must fill into* | **Intrinsic Evidence:**<br><br>'304 Patent at Abstract;<br>'304 Patent at Figs. 1B-1D, 2A-2B; 3A-3B<br>'304 Patent at 1:25-50<br>'304 Patent at 1:62-65 |

---

[3] AOS's proposed construction lists contact zones whereas Force MOS's construction lists contact zone.

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | the plurality of contact openings" (U.S. Patent No. 8,067,304, claim 1) | *contact openings, contacts a plurality of the source and body regions underlying the dielectric layer* | **File History**: 4/26/2011 Notice of Allowability (Reasons for Allowance).<br><br>**Extrinsic Evidence:**<br><br>Expert Declaration of John Berg Regarding Claim Construction | *the dielectric layer's contact openings such that those portions of the metal layer touch multiple source and body regions through respective multiple contact openings* | '304 Patent at 2:35-40<br>'304 Patent at 3:34-54<br>'304 Patent at 3:65-4:6<br>'304 Patent at 4:35-41<br>'304 Patent at 5:1-4<br>'304 Patent at 5:19-22<br>'304 Patent at 5:33-36<br>'304 Patent at 5:56-6:10<br><br>**Extrinsic Evidence:**<br><br>Collins Online Dictionary definition of "contact," *available at* https://www.collinsdictionary.com/us/dictionary/english/contact<br><br>Collins Online Dictionary Definition of "layer," *available at* https://www.collinsdictionary.com/us/dictionary/english/layer<br><br>Collins Online Dictionary Definition of "overlay," *available at* https://www.collinsdictionary.com/us/dictionary/english/overlay<br><br>Shwartz, Geraldine Cogin. Handbook of semiconductor |

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | interconnection technology. CRC Press (2006) |
| 9 | "said first metal layer has a combined thickness of 4-5 micron for Cu wire bonding"<br><br>(U.S. Patent No. 8,067,304, claims 6, 12) | *Plain Meaning - the first metal layer has a combined thickness of 4-5 microns so as to allow copper wire bonding to it* | **Intrinsic Evidence:**<br><br>'304 Patent: 1:19-30, 1:46-49, 4:3-6, 4:35-37, 4:61-64, 5:19-25, Fig. 4, 5:43-51<br><br>**Extrinsic Evidence:**<br><br>Expert Declaration of John Berg Regarding Claim Construction | *Indefinite* | **Intrinsic Evidence:**<br><br>'304 Patent, claim 1<br>'304 Patent, Figs. 2A-3B, 4<br>'304 Patent at 1:18-49<br>'304 Patent at 4:1-6<br>'304 Patent at 5:6-9<br>'304 Patent at 5:43-55<br><br>'304 Patent File History: April 26, 2011 Office Action, July 12, 2011 Response to Office Action, September 21, 2011 Notice of Allowability |
| 10 | "the thickness of the layer of body region is substantially less than the depth of the active region contact trench"<br><br>(U.S. Patent No. 8,928,079 Claims 1, 13) | *Plain Meaning: the thickness of the layer of body region is substantially less than the depth of the active region contact trench, where the thickness of the layer of the body region is* | **Intrinsic Evidence:**<br><br>**'079 Patent**: 3:33-40, 3:48-54, 4:23-29, Fig. 1D, 1E, 1F, 5:26-44, Figs. 4K, 4L, 7:18-28, Fig. 4O, 7:55-60, 8:30-42<br><br>Extrinsic Evidence:<br>Expert Declaration of John Berg Regarding Claim Construction | *Indefinite* | **Intrinsic Evidence:**<br><br>'079 Patent, Abstract<br>'079 Patent at Figs. 1D-1F, 3<br>'079 Patent at 1:36-38<br>'079 Patent at 4:23-27<br>'079 Patent at 5:29-44<br>'079 Patent at 6:47-51<br>'079 Patent at 7:28-35<br>'079 Patent at 7:55-8:8<br>'079 Patent at 8:37-42 |

Exhibit A: Parties' Combined Proposed Claim Constructions

| # | Claim Term | AOS's Proposed Construction | AOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence | Force MOS's Proposed Construction | Force MOS's Supporting and Rebuttal Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|---|
| | | *measured from the bottom of the active region contact trench to the bottom of the body and the depth of the active region contact trench is measured from the top surface of the substrate to the bottom of the active region contact trench* | | | '079 Patent File History: Sep. 25, 2014 Notice of Allowability, Aug. 14, 2014 Resp. to Office Action, April 16, 2014 Office Action.<br><br>U.S. Patent No. 6,433,396<br><br>**Extrinsic Evidence:**<br><br>Claim Construction Declaration of Dean Neikirk, Ph.D |