UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA AND OMEGA SEMICONDUCTOR LIMITED and ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED<br><br>Plaintiff(s)<br><br>v.<br><br>FORCE MOS TECHNOLOGY CO., LTD.<br><br>Defendant(s) | CASE No C 4:22-cv-05448-HSG<br><br>REVISED<br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
    Private mediation before a neutral provider at a date agreed to by the parties

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: 120 days from the date of the claim construction order

Date: 01/10/2023    /s/ Andrew J. Gray IV
                    Attorney for Plaintiff

Date: 01/10/2023    /s/ Christopher E. Hanba
                    Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 8/15/2023

*Haywood S. Gill, Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*